UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOUGH GUY LIMITED,

                    Plaintiff,

      -against-                               ORDER
                                                         10-CV-5620 (SMG)

TOUGH MUDDER, LLC, et al.,

                    Defendants.
------------------------------------------------------------X

Gold, S., *United States Magistrate Judge*:

      On October 3, 2011, Mr. Billy Wilson, plaintiff's principal, transmitted a 44-page fax to my chambers. The fax transmission was sent in the form of a cover letter dated September 27, 2011 with various attachments. There is no indication that the letter or attachments were sent to the defendants or to counsel for either side.

      The cover letter asks for the Court's advice with respect to matters such as whether to make a police report and whether certain attorney's fees were reasonably sought. These are not matters appropriately addressed by a Court in the context of an ex parte letter request.

      If there is a matter that is both within the Court's jurisdiction and appropriate for the Court's consideration, it shall be presented to the Court by way of a formal motion electronically filed by counsel and served on all parties. I note in this regard that plaintiff appears to be a corporate entity, and that, under the law, a corporation must be represented by counsel and may not proceed pro se through a principal. *See, e.g., Rowland v. California Men's Colony*, 506 U.S. 194, 202-03 (1993); *Jones v. Niagara Frontier Transportation Auth.*, 722 F.2d 20 (2d Cir. 1983).

      Because he states that he has terminated his relationship with plaintiff's counsel, a copy of this Order will be sent to Mr. Wilson directly, at the address attributed to him on a letter dated August 16, 2011 from the attorneys for plaintiff, that is appended to his fax transmission.

                                                                   s/
                                                   STEVEN M. GOLD
                                                   United States Magistrate Judge

Brooklyn, New York
October 3, 2011